CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
Jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899
Attorneys for Defendant
Victoria's Secret Stores, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE KISH,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTORIA'S SECRET STORES, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No.: 5:19-cv-02386-AB-SHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

4904847.1 -- L729.6

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action be dismissed without prejudice as to all defendants; each
3  party to bear his/her/its own attorneys' fees and costs.
4
5  Dated: April 15, 2020        CENTER FOR DISABILITY ACCESS
6
7                               By: /s/ Phyl Grace
                                     Phyl Grace
8                                    Attorneys for Plaintiff
9
10 Dated: April 15, 2020        ALVARADOSMITH
                                A Professional Corporation
11
12
                                By:  /s/ S. Christopher Yoo
13                                   S. Christopher Yoo
                                     Attorney for Defendant
14                                   Victoria's Secret Stores, LLC
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4904847.1 -- L729.6

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to S. Christopher Yoo, counsel for Victoria's Secret Stores, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: April 15, 2020         CENTER FOR DISABILITY ACCESS

                              By: /s/ Phyl Grace
                                  Phyl Grace
                                  Attorneys for Plaintiff

4904847.1 -- L729.6